1  BENJAMIN B. WAGNER
United States Attorney
2  MIA A. GIACOMAZZI
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-239 LJO
12 |                    Plaintiff, | MOTION TO DISMISS INDICTMENT AND RECALL WARRANT; ORDER
13 |                           v.  |
14 | ECLISERIO RAYO-LOPEZ,           |
15 |                    Defendant.   |

16

17       The United States of America ("the government"), by and through Benjamin B. Wagner, United

18  States Attorney and Mia A. Giacomazzi, Assistant United States Attorney, hereby moves this Court for

19  permission to dismiss without prejudice the indictment and recall the warrant in Case No. 1:09-CR-239

20       Good cause exists to dismiss without prejudice the indictment in the interest of justice, and

21  pursuant to Fed. R. Crim. P. 48(a), for the following reasons: This action has remained pending without

22  activity for over five years. Because of the long period of non-activity, this case is presumed to be no

23  longer viable. Additionally, the gravity of the offense does not justify continued efforts to prosecute,

24  and the defendant was deported. For these reasons, the government moves for dismissal of the

25  indictment and recall the warrant against the defendant.

26
Dated: June 5, 2015.                          BENJAMIN B. WAGNER
                                              United States Attorney
27                                             /s/ Mia A. Giacomazzi
                                              MIA A. GIACOMAZZI
28                                            Assistant United States Attorney

1

**ORDER**

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment and warrant in Case Number 1:09-CR-239 shall be DISMISSED and RECALLED.  The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 8, 2015**              **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE